# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa M. Keller                                         CHAPTER 13
       Ray W. Keller

                                 BKY. NO. 17-20528 GLT

                Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       jwarmbrodt@kmllawgroup.com