**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ray W. Keller**
**Lisa M. Keller**
  Debtor(s)

Bankruptcy Case No.: 17–20528–GLT
Related to Docket No. 69
Chapter: 13
Docket No.: 70 – 69
Concil. Conf.: March 25, 2021 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __2nd__ day of __February__, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on  February 2, 2021            /s/ Abagale Steidl
          (Date)                    (Signature)

Abagale Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219
  (Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Aesthetic Dental                         Ally Bank
0315-2                                   120 Wayland Smith Drive                  P.O. Box 130424
Case 17-20528-GLT                        Uniontown, PA 15401-2677                 Roseville, MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Feb  2 13:13:15 EST 2021

Ally Financial                           American Education Services              Barclay
PO Box 380901                            Payment Center                           PO Box 13337
Minneapolis, MN 55438-0901               Harrisburg, PA 17130-0001                Philadelphia, PA 19101-3337


Barclay                                  Jerome B. Blank                          Bureaus Investment Group Portfolio No 15 LLC
PO Box 60517                             Phelan Hallinan Diamond & Jones, LLP     c/o PRA Receivables Management, LLC
City of Industry, CA 91716-0517          1617 JFK Boulevard                       PO Box 41021
                                         Philadelphia, PA 19103-1821              Norfolk VA 23541-1021


Capital One                              Commonwealth of Pennsylvania             Commonwealth of Pennsylvania
PO Box 71083                             Office of Inspector General              PO Box 8032
Charlotte, NC 28272-1083                 555 Walnut Street, 8th Floor             Harrisburg, PA 17105-8032
                                         Harrisburg PA 17101-1928


Country Door                             Country Door                             Dr. Alan Cappellini
1112 Seventh Avenue                      c/o Creditors Bankruptcy Service         150 Wayland Smith Drive
Monroe, WI 53566-1364                    P.O. Box 800849                          Uniontown, PA 15401-2677
                                         Dallas, TX 75380-0849


Dr. Sheba                                F.N.B. Properties Company, Inc.          F.N.B. Properties Company, Inc.
150 Wayland Smith Drive                  Attn:  Christine Lombardo                c/o David W. Raphael, Esquire
Uniontown, PA 15401-2677                 3014 East State Street                   Grenen & Birsic, PC
                                         Hermitage, PA 16148-3307                 One Gateway Center, 9th Floor
                                                                                  Pittsburgh, PA  15222

F.N.B. Properties Company, Inc.          FORTIVA                                  Fayette EMS
c/o Elizabeth L. Slaby, Esquire          PO BOX 105555                            PO Box 862
Grenen & Birsic, PC                      ATLANTA, GA 30348-5555                   Connellsville, PA 15425-0862
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Fayette Physician Network                Fed Loan Servicing                       Fingerhut
PO Box 1123                              P.O. Box 69184                           PO Box 166
Minneapolis, MN 55440-1123               Harrisburg, PA 17106-9184                Newark, NJ 07101-0166



Ford Credit                              (p)FORD MOTOR CREDIT COMPANY             Fortiva
PO Box 220564                            P O BOX 62180                            PO Box 790105
Pittsburgh, PA 15257-2564                COLORADO SPRINGS CO 80962-2180           Saint Louis, MO 63179-0105



Grandview Medical Center                 JC Penney's                              JC Penney/Portfolio Recovery
Dr. Alan Cappellini                      PO Box 965009                            PO Box 12914
150 Wayland Smith Drive                  Orlando, FL 32896-5009                   Norfolk, VA 23541-0914
Uniontown, PA 15401-2677
```

| | | |
|---|---|---|
| Janet Keller<br>174 Askarn St.<br>Uniontown, PA 15401-2902 | Justice<br>PO Box 71106<br>Charlotte, NC 28272-1106 | Lisa M. Keller<br>154 Union St.<br>Uniontown, PA 15401-4770 |
| Ray W. Keller<br>154 Union St.<br>Uniontown, PA 15401-4770 | LVNV Funding, LLC its successors and assigns assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns assignee of Santander Consumer USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Linda Shaffer<br>174 Askarn St.<br>Uniontown, PA 15401-2902 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Garry Alan Masterson<br>c/o Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Brooklyn Hts., OH 44131-1829 | Mon Valley Hospital<br>1163 Country Club Road<br>Monongahela, PA 15063-1095 | National Collegiate Student Loan Trust 2007-<br>Po Box 4275<br>Norcross, GA 30091-4275 |
| Navient Solutions<br>123 Justison Street, 3rd Floor<br>Wilmington, DE 19801-5363 | Navient Solutions, LLC on behalf of Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | New York & Company<br>PO Box 659728<br>San Antonio, TX 78265-9728 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pain Med PC<br>115 Center Avenue<br>Pittsburgh, PA 15215-3016 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>PO Box 280431<br>Harrisburg, PA 17128-0431 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Penny Mac<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 | Regency Finance<br>PO Box 2045<br>Uniontown, PA 15401-1645 | Seventh Avenue<br>1112 Seventh Avenue<br>Monroe, WI 53566-1364 |
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Beth L. Slaby<br>Grenen & Birsic, P.C.<br>One Gateway Center, 9th Floor<br>420 Ft. Duquesne Blvd.<br>Pittsburgh, PA 15222-1435 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |

```
Southwest Regional Tax Bureau        Abagate E. Steidl                    Transwolrd Systems Inc.
1 Centennial Way                     Steidl & Steinberg                   P.O. Box 15618
Scottdale, PA 15683-1741             707 Grant Street                     Dept.926
                                     28th Floor - Gulf Tower              Wilmington, DE 19850-5618
                                     Pittsburgh, PA 15219-1908


U.S. Department of Education         Uniontown Hospital                   Uniontown Hospital
c/o FedLoan Servicing                500 West Berkeley Street              PO Box 644352
P.O. Box 69184                       Uniontown, PA 15401-5596              Pittsburgh, PA 15264-4352
Harrisburg, PA 17106-9184



Victoria Secret                      Ronda J. Winnecour
PO Box 659728                        Suite 3250, USX Tower
San Antonio, TX 78265-9728           600 Grant Street
                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company LLC        Macy's                               Portfolio Recovery Associates, LLC
P.O. BOX 62180                       PO Box 8113                          POB 12914
COLORADO SPRINGS, CO 80962           Mason, OH 45040                      Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Ally Bank                         (u)Bank Of America, N.A. C/O Pennymac Loan Se    (u)Bank of America, N.A.
PO Box 130424
Roseville MN 55113-0004



(u)Bank of America, NA               (d)F.N.B. Properties Company, Inc.   (u)FORD MOTOR CREDIT CO. LLC
                                     Attn:  Christine Lombardo
                                     3014 East State Street
                                     Hermitage, PA 16148-3307



(u)PennyMac Loan Services, LLC       End of Label Matrix
                                     Mailable recipients    67
                                     Bypassed recipients     7
                                     Total                  74
```