**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ray W. Keller**
**Lisa M. Keller**
    Debtor(s)

Bankruptcy Case No.: 17−20528−GLT
Related to Docket No. 69
Chapter: 13
Docket No.: 70 − 69
Concil. Conf.: March 25, 2021 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
               (Date)                                 (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-20528-GLT

Ray W. Keller                                                          Chapter 13

Lisa M. Keller

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dbas                                Page 1 of 2

Date Rcvd: Feb 01, 2021                       Form ID: 151                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |

District/off: 0315-2                          User: dbas                                    Page 2 of 2
Date Rcvd: Feb 01, 2021                       Form ID: 151                          Total Noticed: 1

David W. Raphael
                    on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com

Garry Alan Masterson
                    on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com

Jerome B. Blank
                    on behalf of Creditor Bank of America  NA pawb@fedphe.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Thomas Song
                    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com


TOTAL: 10