**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ray W. Keller**
**Lisa M. Keller**
Debtor(s)

Bankruptcy Case No.: 17−20528−GLT
Issued Per 3/25/2021 Proceeding
Chapter: 13
Docket No.: 77 − 69
Concil. Conf.: March 25, 2021 at 10:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 28, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,090.00 as of April, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Mar. 25, 2021 at 10:30 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 22 of Bank of America with payment changes implemented .

- ☒ H. Additional Terms: National Collegiate Student Loan Trust Claim No. 4 to be paid $25.00 per month as long term debt unsecured specially classified.

   US. Dept of Education Claim No. 16−2 to be paid $25.00 Per Month as long term continuing debt unsecured specially classified.

   Claim No. 18−2 of Navient to be paid $25.00 per month as long term continuing debt unsecured

specially classified.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 25, 2021

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 17-20528-GLT |
|---|---|
| Ray W. Keller | Chapter 13 |
| Lisa M. Keller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 149 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363823 | + | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14363825 | + | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14363824 | | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363831 | + | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14366419 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363834 | | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363838 | + | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14382078 | + | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363855 | + | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14363857 | + | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14363861 | | Transwolrd Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14641121 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

District/off: 0315-2          User: dbas          Page 2 of 4
Date Rcvd: Mar 25, 2021        Form ID: 149         Total Noticed: 55
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14365759 | Email/Text: ally@ebn.phinsolutions.com | Mar 26 2021 03:57:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + Email/Text: ally@ebn.phinsolutions.com | Mar 26 2021 03:57:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14631713 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 03:31:44 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 03:18:13 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 03:58:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 03:58:00 | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:25:27 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14363835 | Email/Text: bnc-bluestem@quantum3group.com | Mar 26 2021 03:58:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363842 | + Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:18:05 | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:24:57 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:31:48 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2021 03:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14363853 | + Email/PDF: pa_dc_claims@navient.com | Mar 26 2021 03:18:19 | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | Email/PDF: pa_dc_claims@navient.com | Mar 26 2021 03:18:21 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363854 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 03:57:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 14648373 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 03:31:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14381093 | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 03:57:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14363859 | Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 03:58:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14396258 | + Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 03:58:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363864 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 03:57:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 17-20528-GLT    Doc 79    Filed 03/27/21    Entered 03/28/21 00:33:59    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 149 | Total Noticed: 55 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 5 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  NA pawb@fedphe.com |
| Lauren Moyer | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 4 of 4 |
| Date Rcvd: Mar 25, 2021 | Form ID: 149 | Total Noticed: 55 |

on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com

Lauren Moyer

    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

Thomas Song

    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com


TOTAL: 12