2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-20528-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Ray W. Keller<br>154 Union St.<br>Uniontown PA 15401 | Lisa M. Keller<br>154 Union St.<br>Uniontown PA 15401 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/29/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: FORTIVA, PO BOX 105555, ATLANTA, GA 30348 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/31/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20528-GLT |
| Ray W. Keller | Chapter 13 |
| Lisa M. Keller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14407469 | + FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| David W. Raphael | |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com

Garry Alan Masterson
    on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com

Jerome B. Blank
    on behalf of Creditor Bank of America  NA pawb@fedphe.com

Lauren Moyer
    on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

TOTAL: 12