**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/02/2022

IN RE:

RAY W. KELLER
LISA M. KELLER
154 UNION ST.
UNIONTOWN, PA  15401
XXX-XX-0352          Debtor(s)

XXX-XX-4607

Case No. 17-20528 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*17450/CL*W/46*CO-BUYER*CL=17450 W/D- DOC 21*OE-DOC 22 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8845 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number: 3    INT %: 6.00%<br>Court Claim Number: 2<br>CLAIM: 23,964.29<br>COMMENT: RS STAYED/STIP OE*$23943.52/CL2GOV@6%MDF~PMT/CONF*23943.52/PL@6%MI | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1676 |
| **BANK OF AMERICA NA****<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 3/17 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8579 |
| **REGENCY FINANCE**<br>FNB PROPERTIES COMPANY INC<br>ATTN: CHRISTINE LOMBARDO<br>3014 EAST STATE ST<br>HERMITAGE PA, PA 16148 | Trustee Claim Number: 5    INT %: 6.00%<br>Court Claim Number: NC<br>CLAIM: 2,800.00<br>COMMENT: 2ND/SCH*$@6%MDF/PL*PMT/CONF | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0508 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 867.00<br>COMMENT: $@0%/PL*15/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8198 |
| **SOUTHWEST REGIONAL TAX BUREAU****<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1792 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 150.00<br>COMMENT: $@0%/PL*2011,2015*"LOCAL TAX" | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3576 |
| **ASTHETIC DENTAL GROUP**<br>120 WAYLAND SMITH DR<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7139 |
| **NATIONAL COLLEGIATE STUDENT LOAN TRUST**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA 31902-2402 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/CONF*CL=$32,897.98*25X(84+2)=LMT*X7286/SCH*LOAN 007P | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0352 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 1,755.07<br>COMMENT: NO$/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1640 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 836.58<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4882 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 961.86<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2293 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 2,365.52<br>COMMENT: CAPITAL ONE BNK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7527 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 424.59<br>COMMENT: CAPITAL ONE BNK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0979 |
| **COMMONWEALTH OF PA\*\***<br>OFFICE OF INSPECTOR GENERAL<br>CLAIMS ACCOUNTING SECTION -MA<br>PO BOX 8032<br>HARRISBURG, PA 17105 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 650.00<br>COMMENT: 8556~OVERPAYMENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5839 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br><br>DALLAS, TX 75380 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 321.33<br>COMMENT: X2530/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1530 |
| **DR ALAN CAPPELLINI**<br>150 WAYLAND SMITH DR<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 5696~7095/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5696 |
| **JUSTIN SHEBA DO PC**<br>150 WAYLAND SMITH DR STE A<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5420 |
| **FAYETTE PHYSICIAN NETWORK**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 160.00<br>COMMENT: 1403/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4607 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:16-2<br><br>CLAIM: 0.00<br>COMMENT: PMT/CONF\*CL=20093.21\*25X(84+2)=LMT\*AMD | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 4607 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN 56303 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3777 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,245.64<br>COMMENT: SANTANDER/CIT BANK/FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4404 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN 56303 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4404 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,092.19<br>COMMENT: FR FORTIVA-DOC 80 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9828 |
| **GRANDVIEW MEDICAL CENTER**<br>150 WAYLAND SMITH DR<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7094 |
| **JCPENNEY**<br>PO BOX 965009<br><br>ORLANDO, FL 32096-5009 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0542 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 650.02<br>COMMENT: SYNCHRONY~JCP*X6828/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6826 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 768.02<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8148 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1743 |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br><br>MONONGAHELA, PA 15063 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8763 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7050 | CLAIM: 0.00<br>COMMENT: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4690 | CLAIM: 0.00<br>COMMENT: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9917 | CLAIM: 0.00<br>COMMENT: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7301 | CLAIM: 0.00<br>COMMENT: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7245 | CLAIM: 0.00<br>COMMENT: |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8088 | CLAIM: 0.00<br>COMMENT: MISFILED CLM W/D=$13084.57~DOC 31 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7415 | CLAIM: 1,476.09<br>COMMENT: COMENITY*NY CO |
| **PAIN MED PC**<br>115 CENTER AVE<br>PITTSBURGH, PA 15215 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4735 | CLAIM: 0.00<br>COMMENT: |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1570 | CLAIM: 831.82<br>COMMENT: X2570/SCH |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7390 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,521.06<br>COMMENT: COMENITY*VS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9270 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JANET KELLER**<br>174 ASKARN ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LINDA SHAFFER**<br>174 ASKARN ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*W/2*CL=1159.51 W/D -DOC 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8845 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 464.81<br>COMMENT: NT/SCH*SYNCHRONY*GECRB*PAYPAL EXTRAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0079 |
| **BANK OF AMERICA NA****<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 3,532.54<br>COMMENT: 3600@PENNYMAC/PL*THRU 2/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8579 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 852.92<br>COMMENT: NT/SCH*SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5358 |
| **FAYETTE PHYSICIAN NETWORK**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,933.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0352 |

| Creditor | Trustee Claim Number | INT % | CRED DESC | Account No. |
|---|---|---|---|---|
| **NAVIENT SOLUTIONS LLC O/B/O US DEPARTME**<br>C/O US DEPARTMENT OF EDUCATION LOAN SE<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | 51<br>Court Claim Number: 18-2 | 0.00% | UNSECURED (S) | 0352 |
| CLAIM: 0.00 — COMMENT: PMT/CONF*CL=$15,398.04*25X(84+2)=LMT*NUM NT/SCH*AMD | | | | |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | 52<br>Court Claim Number: | 0.00% | UNSECURED (S) | |
| CLAIM: 0.00 — COMMENT: TRTMNT@CIDS9,20,51/CONF*PMT/PL*75X60+2-LMT*DK | | | | |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH**<br>1 GATEWAY CENTER - 9TH FL<br>PITTSBURGH, PA 15222 | 53<br>Court Claim Number: | 0.00% | NOTICE ONLY | |
| CLAIM: 0.00 — COMMENT: FNB PROPERTIES CO/PRAE | | | | |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 54<br>Court Claim Number: | 0.00% | NOTICE ONLY | |
| CLAIM: 0.00 — COMMENT: PENNYMAC/PRAE | | | | |
| **MCCABE WEISBERG & CONWAY PC**<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | 55<br>Court Claim Number: | 0.00% | NOTICE ONLY | |
| CLAIM: 0.00 — COMMENT: PENNYMAC/PRAE | | | | |