IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                )
                                      )   Case No. 17-20528 GLT
Ray W. Keller                         )   Chapter 13
Lisa M. Keller,                       )   Docket No.
    *Debtors*                         )
                                      )
Ray W. Keller                         )
Lisa M. Keller,                       )
    *Movants*                         )
                                      )
*No Respondent(s)*                    )

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 25, 2022 at docket number 88 and 89, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The wife Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


<u>May 3, 2022</u>                                           /s/ Ray W. Keller
Date                                                        Debtor



<u>May 3, 2022</u>                                           /s/ Lisa M. Keller
Date                                                        Debtor

        Respectfully submitted,

<u>May 9, 2022</u>        <u>/s/ Abagale E. Steidl</u>
DATE       Abagale E. Steidl, Esquire
      Attorney for the Debtor

      STEIDL & STEINBERG
      707 Grant Street
      Suite 2830, Gulf Tower
      Pittsburgh, PA 15219
      (412) 391-8000
      asteidl@steidl-steinberg.com
      PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**