FILED
9/6/22 2:04 pm
CLERK
U.S. BANKRUTPCY
COURT - WDPA

**IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.17-20528-GLT |
| | : | Chapter 13 |
| RAY W. KELLER | : | |
| LISA M. KELLER, | : | Related to Dkt. No. 95 |
| | : | |
| *Debtor(s)* | : | |
| | : | |

### ORDER

On August 3, 2022, an *Order* [Dkt. No. 95] was issued requiring in part that: The Debtor's shall file Amended Schedules I and J by September 2, 2022 As of the date of this Order, amended bankruptcy schedules I and J have not been filed.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED** and **DECREED** that an Order to Show Cause Hearing is scheduled for **October 12, 2022 at 3:00 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 for the Debtor to show why this case should not be dismissed for failure to file the amended schedules I and J.

Any Response, including the filing of the amended schedules shall be filed on or before **September 23, 2022.**

Dated: September 6, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

drb

Case administrator to mail to:
Ray W. Keller
Lisa M. Keller
Abagale E. Steidl, Esq.
Ronda J. Winnecour, Trustee
U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ray W. Keller  
Lisa M. Keller  
    Debtors

Case No. 17-20528-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Sep 06, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

David W. Raphael
    on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com

Garry Alan Masterson
    on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com

Jerome B. Blank
    on behalf of Creditor Bank of America  NA pawb@fedphe.com

Maria Miksich
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

TOTAL: 13