**Form 404**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

99 – 97

In re:  
                                                  Bankruptcy Case No.: 17−20528−GLT  
                                                  Related to Docket No. 97  
                                                  Chapter: 13  
                                                  Hearing Date: 9/22/22 at 11:00 AM

**Ray W. Keller**  
   Debtor(s)                                   Lisa M. Keller

**CERTIFICATE OF SERVICE OF** _____  
                      **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.  
                                            (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                    By: _____  
                                                        (Signature)

                                                            _____  
                                                            Typed Name

                                                           _____  
                                                           Address

                                                           _____  
                                                           Phone No.

                                                           _____  
                                                           List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ray W. Keller  
Lisa M. Keller  
    Debtors

Case No. 17-20528-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14363823 | + Email/Text: bncnotifications@pheaa.org | Sep 14 2022 00:10:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

**Name**      **Email Address**

Abagale E. Steidl  
    on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Abagale E. Steidl  
    on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Beth L. Slaby  
    on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 13, 2022 | Form ID: 404 | Total Noticed: 1 |

Brian Nicholas
    on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com

David W. Raphael
    on behalf of Creditor F.N.B. Properties Company Inc. raphaeld@fnb-corp.com

Garry Alan Masterson
    on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com

Jerome B. Blank
    on behalf of Creditor Bank of America NA pawb@fedphe.com

Maria Miksich
    on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor PennyMac Loan Services LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

TOTAL: 13