FILED
9/23/22 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   17-20528-GLT |
| | : | Chapter:   13 |
| Ray W. Keller | : | |
| Lisa M. Keller | : | |
| | : | Date:   9/22/2022 |
| *Debtor(s).* | : | Time:   11:00 |

## PROCEEDING MEMO

-

**MATTER:**     #97 - Certification of Counsel Regarding Consent Order of Court
Authorizing Early Completion of Plan

**APPEARANCES**:

Debtor:     Abagale E. Steidl
Trustee:     Owen Katz

**NOTES:**  [11:00]

Katz thinks this is a good outcome for unsecured creditors.   A certificate of no objection [Dkt. No. 103] was filed this morning on September 22, 2022, before this hearing.

Court: No issue with relief requested. Stipulation at Dkt. No. 97 is approved.   In light of this, show cause order at Dkt. No. 96 is rendered moot.

**OUTCOME:**

1) Stipulation at Dk. No. 97 is APPROVED. [DB authorized to enter the stipulation at Dkt. No. 97].

2) For the reasons stated on the record,  the *Order to Show Cause* [Dkt. No. 96] is deemed moot and hereby vacated. Accordingly, the hearing scheduled for October 12, 2022 is canceled. [Text Order].

**DATED:**  9/22/2022