9/23/22 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO 17-20528-GLT

Ray W. Keller, and                              Chapter 13
Lisa M. Keller,
     Debtor(s).
                                                Related to Docs 69, 77 and 97
Ronda J. Winnecour, Chapter 13
Trustee,
     Movant(s),

vs.
Ray W. Keller, and
Lisa M. Keller,
     Respondent(s).

### CONSENT ORDER OF COURT AUTHORIZING EARLY COMPLETION OF PLAN

WHEREAS, the currently governing plan (dated January 28, 2021) at Doc 69, and confirmed March 25, 2021 at Doc 77, increased the plan term to 84 months in accordance to the then applicable law;

WHEREAS, the case is currently in Month 67 and the plan payments have been erratic;

WHEREAS, the Trustee currently has a balance on hand of $18,005 as a result of two lump sum payments ($14,000.00 posted on 7/7/22, and $4,000 posted on 8/30/22) the sources of which were, as reported by the Debtors (see Doc 94) an uptick in their business;

WHEREAS, the non-specially classified general unsecured creditors were projected to receive $3,711 under the January 28, 2021, plan;

WHEREAS, by terminating the plan early, the Trustee expects to be able to distribute the sum of approximately $9,700 to non-specially classified general unsecured creditors (which is approximately 50% and would represent an increase over what was projected to distribute if the plan went full term);

AND NOW, on the consent of the parties, it is hereby ORDERED that:

(1)  The plan term shall be reduced to 66 months with the last month of Trustee payments to long-term continuing debt (including payments to specially classified unsecured creditors) to be August 2022;

(2)  Debtors shall resume payment of long-term continuing debt (including payments to specially classified unsecured creditors) in September 2022;

(3)  The currently balance on hand, after deduction of applicable Trustee fees shall be used to pay: (a) the amounts needed to bring long-term continuing debt (including payments to specially classified unsecured creditors) current through August 2022; (b) the balance due prepetition priority creditors; (c) $9,700 to general prepetition non-specially classified unsecured creditors; (d) with any remaining funds to be used to pay allowed Debtor counsel fees. In the event there are any funds remaining after payment in full of allowed Debtor counsel fees the surplus shall be added to the unsecured creditor pot.

So Ordered this __ 23rd Day of September, 2022 ___-.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Page **2** of **3**

**Consented to:**

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**


/s/ Abagale Steidl
Abagale Steidl, Esquire PA I.D. #319217
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Ray W. Keller

Lisa M. Keller

    Debtors

Case No. 17-20528-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363855 | #+ | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 23:32:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14365759 | | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14363823 | + | Email/Text: bncnotifications@pheaa.org | Sep 23 2022 23:21:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |

| | | | |
|---|---|---|---|
| 14363824 | | Email/Text: BarclaysBankDelaware@tsico.com | |
| | | Sep 23 2022 23:21:00 | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14363825 | + | Email/Text: BarclaysBankDelaware@tsico.com | |
| | | Sep 23 2022 23:21:00 | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14631713 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Sep 23 2022 23:32:43 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Sep 23 2022 23:32:42 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Sep 23 2022 23:21:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Sep 23 2022 23:21:00 | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Sep 23 2022 23:32:40 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14366419 | | Email/Text: EBNBKNOT@ford.com | |
| | | Sep 23 2022 23:21:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Sep 23 2022 23:21:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363834 | | Email/Text: bncnotifications@pheaa.org | |
| | | Sep 23 2022 23:21:00 | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363835 | | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Sep 23 2022 23:21:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363838 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Sep 23 2022 23:21:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363842 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 23 2022 23:32:47 | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Sep 23 2022 23:32:44 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Sep 23 2022 23:32:39 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Sep 23 2022 23:21:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14382078 | + | Email/Text: TSIBNCBOX4275@tsico.com | |
| | | Sep 23 2022 23:21:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363853 | + | Email/PDF: pa_dc_claims@navient.com | |
| | | Sep 23 2022 23:32:47 | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | | Email/PDF: pa_dc_ed@navient.com | |
| | | Sep 23 2022 23:32:38 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Sep 23 2022 23:21:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 15398083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 23 2022 23:32:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14648373 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 23 2022 23:32:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14363857 | + | Email/PDF: ebnotices@pnmac.com | |
| | | Sep 23 2022 23:32:40 | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14381093 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA |

District/off: 0315-2                    User: auto                                              Page 3 of 4
Date Rcvd: Sep 23, 2022                 Form ID: pdf900                                  Total Noticed: 56

|  |  | 98083-0788 |
| 14363859 | Email/Text: bankruptcy@sccompanies.com | |
| | | Sep 23 2022 23:21:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14396258 | + Email/Text: bankruptcy@sccompanies.com | |
| | | Sep 23 2022 23:21:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363861 | Email/Text: bankruptcydepartment@tsico.com | |
| | | Sep 23 2022 23:21:00 | Transworld Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14641121 | Email/Text: bncnotifications@pheaa.org | |
| | | Sep 23 2022 23:21:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363864 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Sep 23 2022 23:21:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363831 | ##+ | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 5 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2022                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Sep 23, 2022                       Form ID: pdf900                               Total Noticed: 56

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  NA pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |

TOTAL: 13