IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Ray W. Keller | ) | Case No. 17-20528 GLT |
| Lisa M. Keller | ) | |
|    Debtor | ) | |
| | ) | Chapter 13 |
| | ) | Related to Docket No. 108 |
| Steidl and Steinberg, P.C. | ) | |
|    Applicant | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Aesthetic Dental, Ally Bank, Ally Financial, | ) | |
| AES, Barclays, Bureau Investment Group Portfolio, | ) | |
| Capital One, Commonwealth of PA, County Door, FNB | ) | |
| Properties, Fayette EMS, Fayette Physician Network, | ) | |
| Fed Loan Servicing, Fingerhut, Ford Credit, Fortiva, | ) | |
| Grandview Medical Center, JC Penney's, Justice, LVNV | ) | |
| Funding, Midland Funding, DSNB/Macy's, Mon Valley | ) | |
| Hospital, National Collegiate Student Loan Trust, | ) | |
| Navient Solutions, New York & Co., PRA Receivables | ) | |
| Management, Pain Med PC, PA Dept. of Revenue, | ) | |
| Penny Mac, Portfolio Recovery Assoc., Quantum3 | ) | |
| Group OOC, Regency Finance, 7th Ave., Southwest | ) | |
| Regional TCB, Transworld Systems, US Dept. of | ) | |
| Education, Uniontown Hospital, Victoria's Secret, | ) | |
|    Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this _19th Day of October_, 2022, after consideration of the
Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and
DECREED that:

1. The Application for Final Compensation is approved in the additional amount of
$6,610.00 for work performed in the Chapter 13 case by Debtors' counsel from
December 27, 2016, to September 30, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00
prior to Counsel entering their appearance in this case. Expenses reimbursement of $0.00
is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $610.00
retainer prior to Counsel entering their appearance and has been paid, or is approved (in
prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this
Fee Application, the total amount of allowed fees in this case for Debtors' counsel is

$10,610.00 with the total to be paid through the Plan by the Trustee being up to $10,000.00 (representing the $3,390.00 previously approved to be paid (as set forth above)) and up to an additional $3,000.00 to be paid as approved by the Amended Plan dated January 28, 2021, (at docket number 69) and confirmed by the confirmation order dated March 25, 2021 (at docket number 77) , and anything up to $3,610.00 prior to the issuance of a "Debtor Refund",

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5.  The clerk shall record the total compensation as $6,610.00.

6.  Any unpaid legal fee balance is waived at the time of case discharge.

FURTHER ORDERED:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-20528-GLT

Ray W. Keller                                                                          Chapter 13

Lisa M. Keller

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

**Recip ID**           **Recipient Name and Address**
db/jdb          + Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

**Name**              **Email Address**

Abagale E. Steidl
          on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Abagale E. Steidl
          on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Beth L. Slaby
          on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
          on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com

District/off: 0315-2                          User: auto                                Page 2 of 2
Date Rcvd: Oct 19, 2022                       Form ID: pdf900                           Total Noticed: 1

David W. Raphael
                on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com

Garry Alan Masterson
                on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com

Jerome B. Blank
                on behalf of Creditor Bank of America  NA pawb@fedphe.com

Maria Miksich
                on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com

Marisa Myers Cohen
                on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
                on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com,
                mcohen@mwc-law.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Thomas Song
                on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com


TOTAL: 13