Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ray W. Keller** | : | Case No. 17−20528−GLT |
| **Lisa M. Keller** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 113 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/8/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this ***The 25th of November, 2022***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 113 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before January 9, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***February 8, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20528-GLT
Ray W. Keller     Chapter 13
Lisa M. Keller
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Nov 25, 2022     Form ID: 604     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14365759 | | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14363823 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14363824 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 26 2022 00:05:00 | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14363825 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

| Recipient ID | | Delivery Method | Time | Recipient |
|---|---|---|---|---|
| | | | Nov 26 2022 00:05:00 | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14631713 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:53 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:50 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:46 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14366419 | | Email/Text: EBNBKNOT@ford.com | Nov 26 2022 00:06:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363834 | | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363835 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 26 2022 00:06:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363838 | + | Email/Text: EBNBKNOT@ford.com | Nov 26 2022 00:06:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363842 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:33 | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:38 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:39 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14382078 | + | Email/Text: TSIBNCBOX4275@tsico.com | Nov 26 2022 00:05:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363853 | + | Email/PDF: pa_dc_claims@navient.com | Nov 26 2022 00:04:44 | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | | Email/PDF: pa_dc_ed@navient.com | Nov 26 2022 00:04:44 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 15398083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14648373 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14363857 | + | Email/PDF: ebnotices@pnmac.com | Nov 26 2022 00:04:44 | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14381093 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14363859 | | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Nov 25, 2022 | Form ID: 604 | Total Noticed: 55

| Recip ID | Bypass | Email/Method | Date | Name and Address |
|---|---|---|---|---|
| 14396258 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363861 | | Email/Text: bankruptcydepartment@tsico.com | Nov 26 2022 00:06:00 | Transwolrd Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14641121 | | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363864 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363831 | ##+ | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363855 | ##+ | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 6 Undeliverable, 12 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 25, 2022 | Form ID: 604 | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC AS SERVICER FOR BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America NA jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |

TOTAL: 14