**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAY W. KELLER<br>LISA M. KELLER<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>     vs.<br>No Respondents. | Case No.:17-20528<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/13/2017 and confirmed on 3/31/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,800.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 9,306.74 | |
|   Trustee Fee | 4,781.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,088.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 37,670.40 | 0.00 | 37,670.40 |
|     Acct: 8579 | | | | |
|   BANK OF AMERICA NA** | 3,532.54 | 3,532.54 | 0.00 | 3,532.54 |
|     Acct: 8579 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8845 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 23,964.29 | 23,964.29 | 3,495.46 | 27,459.75 |
|     Acct: 1676 | | | | |
|   REGENCY FINANCE++ | 2,800.00 | 2,800.00 | 506.81 | 3,306.81 |
|     Acct: 0508 | | | | |
| | | | | 71,969.50 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAY W. KELLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 5,916.74 | 5,916.74 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0/22 | | | | |
|   PA DEPARTMENT OF REVENUE* | 867.00 | 867.00 | 0.00 | 867.00 |
|     Acct: 8198 | | | | |
|   SOUTHWEST REGIONAL TAX BUREAU** | 150.00 | 150.00 | 0.00 | 150.00 |
|     Acct: 3576 | | | | |
| | | | | 1,017.00 |
| **Unsecured** | | | | |
|   NATIONAL COLLEGIATE STUDENT LOAN | 0.00 | 1,675.00 | 0.00 | 1,675.00 |
|     Acct: 0352 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 1,675.00 | 0.00 | 1,675.00 |
|     Acct: 4607 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O US DEPA | 0.00 | 1,675.00 | 0.00 | 1,675.00 |
|     Acct: 0352 | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| ASTHETIC DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7139 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,755.07 | 881.59 | 0.00 | 881.59 |
| Acct: 1640 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 836.58 | 420.22 | 0.00 | 420.22 |
| Acct: 4882 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 961.86 | 483.15 | 0.00 | 483.15 |
| Acct: 2293 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,365.52 | 1,188.22 | 0.00 | 1,188.22 |
| Acct: 7527 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 424.59 | 213.28 | 0.00 | 213.28 |
| Acct: 0979 | | | | |
| COMMONWEALTH OF PA** | 650.00 | 326.50 | 0.00 | 326.50 |
| Acct: 5839 | | | | |
| COUNTRY DOOR | 321.33 | 161.41 | 0.00 | 161.41 |
| Acct: 1530 | | | | |
| DR ALAN CAPPELLINI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5696 | | | | |
| JUSTIN SHEBA DO PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5420 | | | | |
| FAYETTE PHYSICIAN NETWORK | 160.00 | 80.37 | 0.00 | 80.37 |
| Acct: 4607 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3777 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,245.64 | 1,128.01 | 0.00 | 1,128.01 |
| Acct: 4404 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4404 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 1,092.19 | 548.62 | 0.00 | 548.62 |
| Acct: 9828 | | | | |
| GRANDVIEW MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7094 | | | | |
| JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0542 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 650.02 | 326.51 | 0.00 | 326.51 |
| Acct: 6826 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 768.02 | 385.78 | 0.00 | 385.78 |
| Acct: 8148 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1743 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8763 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7050 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4690 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9917 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7301 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7245 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8088 | | | | |
| MIDLAND FUNDING LLC | 1,476.09 | 741.45 | 0.00 | 741.45 |
| Acct: 7415 | | | | |
| PAIN MED PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4735 | | | | |
| SEVENTH AVENUE | 831.82 | 417.83 | 0.00 | 417.83 |

17-20528                                                                                          Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1570 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7390 | | | | |
| | MIDLAND FUNDING LLC | 1,521.06 | 764.04 | 0.00 | 764.04 |
| | Acct: 9270 | | | | |
| | ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8845 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 464.81 | 233.48 | 0.00 | 233.48 |
| | Acct: 0079 | | | | |
| | MIDLAND FUNDING LLC | 852.92 | 428.43 | 0.00 | 428.43 |
| | Acct: 5358 | | | | |
| | FAYETTE PHYSICIAN NETWORK | 1,933.00 | 970.97 | 0.00 | 970.97 |
| | Acct: 0352 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JANET KELLER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LINDA SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,724.86 |

TOTAL PAID TO CREDITORS                                                                                                                 87,711.36

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 1,017.00 |
| SECURED | 30,296.83 |
| UNSECURED | 19,310.52 |

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAY W. KELLER
LISA M. KELLER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-20528

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20528-GLT |
| Ray W. Keller | Chapter 13 |
| Lisa M. Keller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 25, 2022 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14365759 | | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14363823 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14363824 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 26 2022 00:05:00 | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14363825 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14631713 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:05:00 | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| | | | Nov 26 2022 00:04:53 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:50 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:39 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14366419 | | Email/Text: EBNBKNOT@ford.com | Nov 26 2022 00:06:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363834 | | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363835 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 26 2022 00:06:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363838 | + | Email/Text: EBNBKNOT@ford.com | Nov 26 2022 00:06:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363842 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:32 | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:46 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:39 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14382078 | + | Email/Text: TSIBNCBOX4275@tsico.com | Nov 26 2022 00:05:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363853 | + | Email/PDF: pa_dc_claims@navient.com | Nov 26 2022 00:04:44 | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | | Email/PDF: pa_dc_ed@navient.com | Nov 26 2022 00:04:44 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 15398083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14648373 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14363857 | + | Email/PDF: ebnotices@pnmac.com | Nov 26 2022 00:04:45 | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14381093 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14363859 | | Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |

| 14396258 | + Email/Text: bankruptcy@sccompanies.com | Nov 26 2022 00:06:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363861 | Email/Text: bankruptcydepartment@tsico.com | Nov 26 2022 00:06:00 | Transwolrd Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14641121 | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363864 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363831 | ##+ | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363855 | ##+ | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 6 Undeliverable, 12 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: pdf900 | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  NA jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |

TOTAL: 14