**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ray W. Keller<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0352<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lisa M. Keller<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4607<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–20528–GLT | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ray W. Keller                                Lisa M. Keller

1/10/23                                      **By the court:** Gregory L Taddonio
                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ray W. Keller  
Lisa M. Keller  
    Debtors

Case No. 17-20528-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jan 10, 2023      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363834 | # | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14641121 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Jan 11 2023 04:54:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14365759 | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14363823 | + Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14363824 | EDI: TSYS2 | Jan 11 2023 04:54:00 | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14363825 | + EDI: TSYS2 | Jan 11 2023 04:54:00 | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14631713 | + EDI: RECOVERYCORP.COM | Jan 11 2023 04:54:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | EDI: CAPITALONE.COM | Jan 11 2023 04:54:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + EDI: CBS7AVE | Jan 11 2023 04:54:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | EDI: CBS7AVE | Jan 11 2023 04:54:00 | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14366419 | Email/Text: EBNBKNOT@ford.com | Jan 11 2023 00:05:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363835 | EDI: BLUESTEM | Jan 11 2023 04:54:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363838 | + Email/Text: EBNBKNOT@ford.com | Jan 11 2023 00:05:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363842 | + EDI: RMSC.COM | Jan 11 2023 04:54:00 | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:10:08 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:09:58 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14382078 | + Email/Text: TSIBNCBOX4275@tsico.com | Jan 11 2023 00:05:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363853 | + EDI: NAVIENTFKASMSERV.COM | Jan 11 2023 04:54:00 | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | EDI: NAVIENTFKASMDOE.COM | Jan 11 2023 04:54:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilkes-Barre, PA 18773-9635 |
| 14363854 | | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 15398083 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14648373 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14363857 | + | Email/PDF: ebnotices@pnmac.com | Jan 11 2023 00:10:06 | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14381093 | | EDI: Q3G.COM | Jan 11 2023 04:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14363859 | | EDI: CBS7AVE | Jan 11 2023 04:54:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14396258 | + | EDI: CBS7AVE | Jan 11 2023 04:54:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363861 | | Email/Text: bankruptcydepartment@tsico.com | Jan 11 2023 00:05:00 | Transwolrd Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14363864 | | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363831 | ##+ | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363855 | ##+ | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 6 Undeliverable, 12 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company  Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company  Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  NA jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |

TOTAL: 14