IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/10/23 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RAY W. KELLER
LISA M. KELLER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-20528

Chapter 13

Related to Docket No. 113

ORDER OF COURT

AND NOW, this 10th Day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20528-GLT |
| Ray W. Keller | Chapter 13 |
| Lisa M. Keller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray W. Keller, Lisa M. Keller, 154 Union St., Uniontown, PA 15401-4770 |
| 14363821 | + | Aesthetic Dental, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14647430 | + | Commonwealth of Pennsylvania, Office of Inspector General, 555 Walnut Street, 8th Floor, Harrisburg PA 17101-1928 |
| 14363829 | + | Commonwealth of Pennsylvania, PO Box 8032, Harrisburg, PA 17105-8032 |
| 14363832 | + | Dr. Sheba, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14927666 | | F.N.B. Properties Company, Inc., c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15205104 | | F.N.B. Properties Company, Inc., c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14927665 | + | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363833 | + | Fayette EMS, PO Box 862, Connellsville, PA 15425-0862 |
| 14637827 | | Fayette Physician Network, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14363834 | # | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363839 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 14363840 | + | Grandview Medical Center, Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363843 | + | JC Penney/Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 14363841 | + | Janet Keller, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363844 | | Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 14363845 | + | Linda Shaffer, 174 Askarn St., Uniontown, PA 15401-2902 |
| 14363847 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363856 | + | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15344593 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14363860 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 14641121 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14363863 | + | Uniontown Hospital, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14363862 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:09:26 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14365759 | | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14363822 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14363823 | + | Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | American Education Services, Payment Center, |

Case 17-20528-GLT   Doc 122   Filed 01/12/23   Entered 01/13/23 00:32:45   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17130-0001 |
| 14363824 | | Email/Text: BarclaysBankDelaware@tsico.com Jan 11 2023 00:05:00 | | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 14363825 | + | Email/Text: BarclaysBankDelaware@tsico.com Jan 11 2023 00:05:00 | | Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14631713 | + | Email/PDF: rmscedi@recoverycorp.com Jan 11 2023 00:09:26 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363826 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Jan 11 2023 00:09:18 | | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14399135 | + | Email/Text: bankruptcy@sccompanies.com Jan 11 2023 00:06:00 | | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363830 | | Email/Text: bankruptcy@sccompanies.com Jan 11 2023 00:06:00 | | Country Door, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14363846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 11 2023 00:09:27 | | Macy's, PO Box 8113, Mason, OH 45040 |
| 14366419 | | Email/Text: EBNBKNOT@ford.com Jan 11 2023 00:05:00 | | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14407469 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Jan 11 2023 00:04:00 | | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14363835 | | Email/Text: bnc-bluestem@quantum3group.com Jan 11 2023 00:05:00 | | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363838 | + | Email/Text: EBNBKNOT@ford.com Jan 11 2023 00:05:00 | | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 14363842 | + | Email/PDF: gecsedi@recoverycorp.com Jan 11 2023 00:10:03 | | JC Penney's, PO Box 965009, Orlando, FL 32896-5009 |
| 14405293 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 11 2023 00:10:08 | | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407476 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 11 2023 00:10:09 | | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519110 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 11 2023 00:05:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14382078 | + | Email/Text: TSIBNCBOX4275@tsico.com Jan 11 2023 00:05:00 | | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 14363853 | + | Email/PDF: pa_dc_claims@navient.com Jan 11 2023 00:09:50 | | Navient Solutions, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14643180 | | Email/PDF: pa_dc_ed@navient.com Jan 11 2023 00:10:06 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 11 2023 00:05:00 | | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 15398083 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2023 00:09:52 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14648373 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2023 00:09:52 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14363857 | + | Email/PDF: ebnotices@pnmac.com Jan 11 2023 00:10:07 | | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14381093 | | Email/Text: bnc-quantum@quantum3group.com Jan 11 2023 00:05:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Bypass | Email/Text | Date | Name and Address |
|---|---|---|---|---|
| 14363859 | | Email/Text: bankruptcy@sccompanies.com | Jan 11 2023 00:06:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14396258 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2023 00:06:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14363861 | | Email/Text: bankruptcydepartment@tsico.com | Jan 11 2023 00:05:00 | Transwolrd Systems Inc., P.O. Box 15618, Dept.926, Wilmington, DE 19850-5618 |
| 14363864 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:05:00 | Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, NA |
| cr | | FORD MOTOR CREDIT CO. LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | PennyMac Loan Services, LLC |
| 14649365 | | Bank of America, N.A. |
| cr | *+ | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | F.N.B. Properties Company, Inc., Attn: Christine Lombardo, 3014 East State Street, Hermitage, PA 16148-3307 |
| 14363827 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363828 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14363836 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363837 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14363848 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363849 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363850 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363851 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14363852 | *+ | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14643181 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363831 | ##+ | Dr. Alan Cappellini, 150 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14363855 | ##+ | Pain Med PC, 115 Center Avenue, Pittsburgh, PA 15215-3016 |
| 14363858 | ##+ | Regency Finance, PO Box 2045, Uniontown, PA 15401-1645 |

TOTAL: 6 Undeliverable, 12 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

**Name**                    **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| | |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ray W. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Lisa M. Keller asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor F.N.B. Properties Company Inc. bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC AS SERVICER FOR BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor F.N.B. Properties Company Inc. raphaeld@fnb-corp.com |
| Garry Alan Masterson | on behalf of Creditor FORD MOTOR CREDIT CO. LLC pitecf@weltman.com |
| Jerome B. Blank | on behalf of Creditor Bank of America NA jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |

TOTAL: 14