**Fill in this information to identify the case:**

Debtor 1: Ray W Keller

Debtor 2 (Spouse, if filing): Lisa M. Keller

United States Bankruptcy Court for the: WESTERN District of PA (State)

Case number: 17-20528-GLT

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services as servicer for Bank of America N.A

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account: 8579

**Date of payment change:** Must be at least 21 days after date of this notice: 04 / 01 / 2021

**New total payment:** $ 581.03
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 177.40       New escrow payment: $ 195.07

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Ray W Keller | Case number (*if known*) | 17-20528-GLT |
| | First Name    Middle Name    Last Name | | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lauren M. Moyer         Date 03/09/2021
Signature

Print:    Lauren M. Moyer                    Title   Attorney for creditor
          First Name    Middle Name    Last Name

Company:  McCabe, Weisberg & Conway, LLC

Address:  123 S. Broad Street, Suite 1400
          Number         Street
          Philadelphia, PA 19109
          City                    State    ZIP Code

Contact phone ( 215 ) 790 – 1010            Email   ecfmail@mwc-law.com