**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Ray W Keller and Lisa M. Keller<br>            Debtors<br><br>PennyMac Loan Services, LLC, or its<br>Successor or Assignee<br>            Movant<br><br>            vs.<br><br>Ronda J. Winnecour<br>Ray W Keller and Lisa M. Keller<br>            Respondents | Chapter 13<br><br>Bankruptcy No. 17-20528-GLT<br><br><br>Related to Document Nos. |

**CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Lauren M. Moyer, attorney for PennyMac Loan Services, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 9, 2021

| | | |
|---|---|---|
| Ray W Keller<br>154 Union St<br>Uniontown, PA 154014770<br><br>Lisa M. Keller<br>154 Union St.<br>Uniontown, PA 15401 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219<br>Attorney for Debtors<br><br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Trustee |

/s/ Lauren M. Moyer
MARGARET GAIRO, ESQUIRE ID # 34419
LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for PennyMac Loan Services, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com