# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Lisa M. Keller <br> Ray W. Keller <br> **Debtor(s)** | **BK NO. 17-20528 GLT** <br><br> **Chapter 13** |
| **Pennymac Loan Services, LLC as servicer for Bank of America, N.A.** <br> **Movant** <br> vs. <br> **Lisa M. Keller** <br> **Ray W. Keller** <br> **Debtor(s)** <br><br> **Ronda J. Winnecour,** <br> **Trustee** | **Related to Claim No. 22** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lisa M. Keller
154 Union Street
Uniontown, PA 15401

Ray W. Keller
154 Union Street
Uniontown, PA 15401

Attorney for Debtor(s)
Julie Frazee Steidl, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 20, 2022

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com